**John T. Blincoe, Plaintiff-Appellant, v. Curtis C. Miller, Jr., Defendant-Appellee.**

Gen. No. 10,871.

Second District.

July 9, 1956.

Rehearing denied September 4, 1956.

Released for publication September 8, 1956.

Hinshaw, Culbertson, Moelmann & Hoban, and Willard E. Cain, for appellant; Leonel I. Hatch, of counsel; Wyatt Jacobs, of Jacobs, Miller, Hopkins & Rooney, for appellee; Joseph B. Lederleitner, and Donna Simpson, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.